205708
549

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | CASE NO: | 14-03840-ESL |
|---|---|---|
| **Hipólito Rivera Santos,** <br> **Flora Colón Santiago,** | CHAPTER: | 13 |
| **Debtors** | | |
| Banco Popular de Puerto Rico, <br> Movant, | | |
| Hipólito Rivera Santos, <br> Flora Colón Santiago, <br> Debtors-Respondents, | | |
| José R. Carrión Morales, <br> Trustee | | |

## MOTION REQUESTING ENTRY OF ORDER LIFTING THE AUTOMATIC STAY

**TO THE HONORABLE COURT:**

COMES now movant, **Banco Popular de Puerto Rico,** hereinafter referred to as "BPPR", through the undersigned attorney, and very respectfully alleges and requests:

1. On May 8, 2015, BPPR and the Debtors (collectively the "Parties") filed a stipulation to include the pre-petition and post-petition arrears incurred with BPPR in a Post Confirmation Modificacion Plan. [Refer to Docket Entry Number 35].

2. The Debtors agreed that should they fail to make two (2) or more of the post-petition monthly installments due to BPPR, by the 16th of the month in which

the payment is due, the automatic stay will be deemed lifted in favor of BPPR in relation to the above described property with the mere filing of an informative motion to that effect, without further notice or/and without the need to celebrate a hearing, that is the stay will be lifted automatically.

3. The Debtors also agreed that the monthly payments were going to be resumed on April 2015.

4. The Debtors failed to cure the post petition arrears as agreed.

5. The Debtors have not made the monthly installments due to BPPR, having incurred in a total of **3** post-petition installments in arrears to BPPR for a total amount of **$1,116.80**. [See **Exhibit 1** attached hereto and made part hereof for an itemized statement of the arrearage]. Consequently, pursuant to the agreement between the parties the automatic stay is lifted in favor of BPPR.

6. As to that effect, we hereby respectfully request that an order granting relief from stay be entered in favor of BPPR.

7. Attached hereto as **Exhibit 2** is the non-military service affidavit required for the entry of an order by default by the Servicemembers' Civil Relief Act, 50 USC Appx. §521.

## NOTICE TO ALL PARTIES IN INTEREST

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be

deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise. If no response is filed within the prescribed period of time the Court may enter an order granting the relief herein requested.

**RESPECTFULLY SUBMITTED**

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Chapter 13 Trustee, José R. Carrión Morales and to the debtors' attorney, Roberto Figueroa Carrasquillo. I hereby certify that I have mailed by United States Postal Service a copy of this motion to the all of the creditor included in the attached Master Address List.

In San Juan, Puerto Rico, this 17th day of November, 2016.

**MARTINEZ & TORRES LAW OFFICES, P.S.C.**
P.O. Box 192938 San Juan, PR 00919-2938
Tel. (787) 767-8244 & Fax (787) 767-1183

**/s/ Patricia I. Varela Harrison**
By: Patricia I. Varela Harrison
USDC -PR 224802
pvarela@martineztorreslaw.com

## STATEMENT OF ACCOUNT

| | | | |
|---|---|---|---|
| **DEBTOR:** | HIPOLITO RIVERA-SANTOS | **BPPR NUM:** | XXXXXX0549 |
| **BANKRUPTCY NUM:** | 14-03840 | **FILING DATE:** | 05/12/14 |

### SECURED LIEN ON REAL PROPERTY

| | | | |
|---|---|---|---|
| Principal Balance as of | 11/01/15 | | 32,268.74 |
| Accrued Interest from | 10/01/15 to 11/30/16 | | 2,592.99 |
| Interest: 7.000% | Accrued num. of days: 419 | Per Diem: 6.188525 | |

**Monthly payment to escrow**

| | | | | | |
|---|---|---|---|---|---|
| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 |
| A&H | $0.00 | Life | $0.00 | Escrow Advance | $0.00 |
| Total montly escrow | | $0.00 | Months in arrears 11 | Escrow in arrears | 0.00 |
| | | | | Accrued Late Charge: | 152.53 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $50.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 360.00 |
| Other | $310.00 | | | | | |
| Legal Fees: | | | | | | 1,551.00 |
| Total Estimate due as of | 11/30/16 | | | | | 36,925.26 |

### AMOUNT IN ARREARS

**PRE-PETTITION AMOUNT:**

| | | | | |
|---|---|---|---|---|
| 11 | payments of | $349.00 | each one | 3,839.00 |
| | acummulated lated charges | 153 | | 152.53 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $50.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 360.00 |
| Other | $310.00 | | | | | |
| Legal Fees: | | | | | | 1,551.00 |
| | | | A = TOTAL PRE-PETITION AMOUNT | | | 5,902.53 |

**POST-PETTITION AMMENDED:**

| | | | | |
|---|---|---|---|---|
| 0 | payments of | $349.00 | each one | 0.00 |
| | Late Charge | 0 | | 0.00 |
| | Post Petition Legal Fees | | | 0.00 |
| | | | B = TOTAL POST-PETITION AMOUNT | 0.00 |

**POST-PETTITION AMOUNT:**

| | | | | |
|---|---|---|---|---|
| 3 | payments of | $349.00 | each one | 1,047.00 |
| | Late Charge | $69.80 | | 69.80 |
| | Post Petition Legal Fees | $0.00 | | 0.00 |
| | | | C = TOTAL POST-PETITION AMOUNT | 1,116.80 |
| | | | TOTAL AMOUNT IN ARREARS | 7,019.33 |

### OTHER INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| Next pymt due | 11/01/15 | Interest rate | 7.000% | P & I  $336.38 | Monthly late charge | $13.96 |
| Investor | Banco Popular | Property address | A-104 CALLE 2 URB VALLE DE YABUCOA, YABUCOA PR 00767 | | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

*José A. Colón Rivera*

**BANCO POPULAR DE PUERTO RICO**

11/10/16

DATE

```
Label Matrix for local noticing          BANCO POPULAR AS SERVICING AGENT FOR MASSACH   BANCO POPULAR DE PUERTO RICO
0104-3                                   c/o WVS LAW LLC                                MARTINEZ & TORRES LAW OFFCIES, P.S.C.
Case 14-03840-ESL13                      17 MEXICO ST, SUITE D-1                        P. O. Box 192938
District of Puerto Rico                  SAN JUAN, PR 00917-2202                        SAN JUAN, PR 00919-3409
Old San Juan
Fri Nov 11 14:58:50 AST 2016

DEPARTAMENTO DE HACIENDA                 INTERNAL REVENUE SERVICE                       PR DEPARTMENT OF LABOR
PO BOX 9024140                           CENTRALIZED INSOLVENCY OPERATIONS              PRUDENCIO RIVERA MARTINEZ BLDG
OFICINA 424-B                            PO BOX 7346                                    505 MUNOZ RIVERA AVENUE
SAN JUAN, PR 00902-4140                  PHILADELPHIA, PA 19101-7346                    12 FLOOR
                                                                                        SAN JUAN, PR 00918

US TRUSTEE                               Valles de Yabucoa, Inc.                        US Bankruptcy Court District of P.R.
EDIFICIO OCHOA                           PO BOX 1043                                    Jose V Toledo Fed Bldg & US Courthouse
500 TANCA STREET SUITE 301               SABANA SECA, PR 00952-1043                     300 Recinto Sur Street, Room 109
SAN JUAN, PR 00901-1922                                                                 San Juan, PR 00901-1964


AEELA                                    AGUSTIN MANGUAL AMADOR                         ASSOCIATES
PO Box 364508                            623 PONCE DE LEON AVE                          PO BOX 11917
San Juan, PR 00936-4508                  HATOR EY PR 00917-4820                         SAN JUAN, PR 00922-1917



ASSOCIATES FINANCE                       Administracion De Sistemas De Retiro           At&t Services
PO BOX 11917                             PO Box 42003                                   PO Box 192830
SAN JUAN, PR 00922-1917                  San Juan, PR 00940-2203                        San Juan, PR 00919-2830



BPPR AS SERVICING AGENT FOR MASSACHUSETTS MU   Banco Popular De Puerto Rico             CITI CARDS
c/o WVS LAW LLC                          209 Munoz Rivera Ave                           PO BOX 11917
17 MEXICO ST, SUITE D-1                  San Juan, PR 00918                             SAN JUAN, PR 00922-1917
SAN JUAN, PR 00917-2202


CITIBANK                                 CITIBANK CCSI                                  CITIBANK MORTGAGE
PO BOX 11917                             PO BOX 11917                                   PO BOX 11917
SAN JUAN, PR 00922-1917                  SAN JUAN, PR 00922-1917                        SAN JUAN, PR 00922-1917



CITIBANK NA                              CITIBANK SOUTH DAKOTA                          CITIBANK USA
PO BOX 11917                             PO BOX 11917                                   PO BOX 11917
SAN JUAN, PR 00922-1917                  SAN JUAN, PR 00922-1917                        SAN JUAN, PR 00922-1917



CITICARDS                                CITICARDS CREDIT SERVICES                      CITICARDS SEARS
PO BOX 11917                             PO BOX 11917                                   PO BOX 11917
SAN JUAN, PR 00922-1917                  SAN JUAN, PR 00922-1917                        SAN JUAN, PR 00922-1917



CITICORP DINERS                          CITICORP FINANCE                               CITIFINANCIAL
PO BOX 11917                             PO BOX 11917                                   PO BOX 11917
SAN JUAN, PR 00922-1917                  SAN JUAN, PR 00922-1917                        SAN JUAN, PR 00922-1917
```

Coop Yabucoa
Apartado #1
Yabucoa, PR 00767-0001

Cooperativa Yabucoena
Apartado #1
Yabucoa, PR 00767-0001

DORAL FINANCIAL CORPORATION
LOPEZ SANCHEZ PIRILLO & HYMOVITZ LLC
PO BOX 11917
SAN JUAN, PR 00922-1917

Fingerhut Corporation
6250 Ridgewood Rd
Saint Cloud, MN 56303-0820

Flexi Cash
PO Box 34
Yabucoa, PR 00767-0034

JUAN MARTIN WARD
YABUCOA PR 00767

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Liberty Cblv
Road 993 Km 0.2
Luquillo, PR 00773

PANAMERICAN/CITIBANK
PO BOX 11917
SAN JUAN, PR 00922-1917

RESIDENTES DE VALLE DE YABUCOA INC
ROAD 901 KM 13 1
JUAN MARTIN WARD
YABUCOA PR 00767

VELMA E DIAZ CARRASQUILLO ESQ
PO BOX 361508
SAN JUAN, PR 00936-1508

FEDERAL LITIGATION DEPT. OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

FLORA COLON SANTIAGO
URB VALLES DE YABUCOA
A 104 CAMACEY STREET
YABUCOA, PR 00767-3918

HIPOLITO RIVERA SANTOS
URB VALLES DE YABUCOA
A 104 CAMACEY STREET
YABUCOA, PR 00767-3918

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

ROSA E RODRIGUEZ VELEZ
US ATTORNEYS
TORRE CHARDON STE 1201
350 CARLOS E. CHARDON AVE
SAN JUAN, PR 00918-2124

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems
PO Box 7999
Saint Cloud, MN 56302-7999

(d)Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

End of Label Matrix
Mailable recipients 47
Bypassed recipients 0
Total 47